UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-4574
_____

ROY LANGBORD; DAVID LANGBORD; JOAN LANGBORD

*Plaintiffs-Appellants*

v.

UNITED STATES DEPARTMENT OF THE TREASURY; UNITED STATES
BUREAU OF THE MINT; SECRETARY OF THE UNITED STATES DEPARTMENT
OF THE TREASURY; ACTING GENERAL COUNSEL OF THE UNITED STATES
DEPARTMENT OF THE TREASURY; DIRECTOR OF THE UNITED STATES
MINT; CHIEF COUNSEL UNITED STATES MINT; DEPUTY DIRECTOR OF THE
UNITED STATES MINT; JOHN DOE NOS. 1 TO 10 "JOHN DOE" BEING
FICTIONAL FIRST AND LAST NAMES; UNITED STATES OF AMERICA

*Defendants-Appellees*
_____

UNITED STATES OF AMERICA

*Third Party Plaintiff*

v.

TEN 1933 DOUBLE EAGLE GOLD PIECES; ROY LANGBORD; DAVID
LANGBORD; JOAN LANGBORD

*Third Party Defendants*

ROY LANGBORD, DAVID LANGBORD, JOAN LANGBORD

*Appellants*

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania

(District Court No. 2:06-cv-05315)
District Judge:  Honorable Legrome D. Davis

_____

PRESENT:   McKEE, <u>Chief</u> <u>Judge</u>, AMBRO, FUENTES, SMITH, FISHER,
CHAGARES, JORDAN, HARDIMAN, VANASKIE, SHWARTZ,
KRAUSE, SLOVITER[1] and RENDELL[2] <u>Circuit</u> <u>Judges</u>

## ORDER

A majority of the active judges having voted for rehearing *en banc* in the above

captioned case, it is ordered that the petition for rehearing is GRANTED.  The Clerk of

this Court  shall list the case for rehearing *en banc* at the convenience of the Court.  The

opinion and judgment entered April 17, 2015 are hereby vacated.

By the Court,


<u>s/ Theodore A.  McKee</u>
Chief Circuit Judge


Date:         July 28, 2015
SLC/cc:      Barry H. Berke, Esq.
Jacqueline C. Romero, Esq.
Erica A. Tirschwell, Esq.
Robert A. Zauzmer, Esq.

_____

[1] As to panel rehearing only; will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P.
9.6.4.

[2] As to panel rehearing only; will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P.
9.6.4.